# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

Marilyn Kelly,
Chief Justice

139630

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DEAN OUELLETTE and DIANE
OUELLETTE,
            Plaintiffs-Appellants,

v

                                                            SC: 139630
                                                            COA: 284514
                                                            Genesee CC: 06-084832-NO

GRAND MALL & OFFICE CENTER, INC.,
            Defendant,
and

KROGER COMPANY,
            Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the July 30, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

Clerk

1116